UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR GALE, DAVID ROZMAREK,
DUWAYNE FULLER, CHARLES WISNISKI,
DEBRA MAKSYM, and HARRY KOLK,

       Plaintiffs,

Case No. 1:15-CV-188

HON. GORDON J. QUIST

v.

THE CHARTER TOWNSHIP OF
FILER BOARD OF TRUSTEES, THE
CHARTER TOWNSHIP OF FILER
BOARD OF REVIEW, JACK BALL,
and ELIZABETH ALLEN,

       Defendants.
_____/

## ORDER

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (dkt. # 7) is **GRANTED** on the basis that Plaintiffs' claims are barred by the doctrine of *res judicata*.

**IT IS FURTHER ORDERED** that Plaintiffs' request for leave to amend is **DENIED** on the ground of futility.

This case is **concluded**.


Dated: October 23, 2015                         /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE